# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOBBIE HOVINGHOFF, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-15-64-D |
| | ) |
| STATE OF OKLAHOMA, et al., | ) |
| | ) |
| Respondents. | ) |

## O R D E R

Petitioner, a state prisoner appearing *pro se*, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with 28 U.S.C. §636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings. The Magistrate Judge conducted a preliminary review of the petition and issued a Report and Recommendation [Doc. No. 5] in which he recommended that the action be transferred to the United States District Court for the Eastern District of Oklahoma.

In the Report and Recommendation, the Magistrate Judge advised Petitioner of her right to file objections to the same and directed Petitioner to file any objections no later than February 11, 2015. The Magistrate Judge further admonished the parties that failure to timely object would constitute a waiver of the right to appeal. The deadline for filing objections has expired and to date, Petitioner has not filed any objection or sought an extension of time in which to do so.[1]

---

[1] Petitioner filed correspondence dated January 28, 2015. *See* Doc. No. 6. Even if the Court were to construe the correspondence as an objection – which the Court declines to do – Petitioner raises no challenge to the Magistrate Judge's recommendation that the action be transferred.

The Court also finds that the Magistrate Judge correctly concluded that this action should be transferred to the Eastern District. Accordingly, the Report and Recommendation [Doc. No. 5] is ADOPTED as though fully set forth herein.

IT IS THEREFORE ORDERED that the case shall be transferred to the United States District Court for the Eastern District of Oklahoma. The Clerk is directed to transfer the action.

IT IS SO ORDERED this  19th  day of February, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE